📎 PS 8
(Rev. DSC 09/20)

# UNITED STATES DISTRICT COURT

for

## District of South Carolina

U.S.A. v.   Anttwon Haynes                                    Docket No.   2:19CR00628-023

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  George A. Anderson, Jr.  , U.S. Probation Officer, presenting an official report upon the conduct of defendant, Anttwon Haynes, who was placed under pretrial release supervision by the Honorable Mary Gordon Baker, U.S. Magistrate Judge sitting in the court at Charleston on the 19th day of August, 20 19 under the following conditions:

Please See Attached Conditions of Release

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. **New Criminal Conduct:** On June 17, 2022, three (3) warrants were entered into the National Crime Information Center (NCIC) by the Goose Creek Police Department charging Anttwon Haynes with Grand Larceny Value $10,000 or More, Forgery Value $10,000 or More, and Computer-Computer Crime Act, Value Exceeds $10,000-1st Degree. These warrants have yet to be served.

PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of Anttwon Haynes, to be brought before the U.S. District/Magistrate Judge, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

X   **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 30th day of June, 20 22 and ordered filed and made a part of the records in the above case. | Executed on  June 30, 2022 |
| *Mary Gordon Baker* (signature) | *George A. Anderson, Jr.* (signature) |
| Mary Gordon Baker<br>U.S. Magistrate Judge | George A. Anderson, Jr., Senior U.S. Probation Officer |
|  | Place   Charleston- Probation |

# MEMO

**To:** U.S. Marshal

**From:** U.S. Probation, George A. Anderson, Jr.

**Date:** June 30, 2022

**Subject:** <u>NOTIFICATION OF WARRANT REQUEST</u>

**Defendant's Name:** Anttwon Haynes

**Original Sentence Charge:**
Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana
Count 28: Use of a Communication Device to Facilitate Commission of a Felony under Act

**Reason (Charges) for Warrant Request:** New Criminal Conduct

**Date of Birth:** 3/5/1992

**Race/Sex:** Black or African American / Male

**Height:** 5' 6    **Weight:** 165lbs

**Eyes:** Brown    **Hair:** Black

**Scars, Marks, Tattoos:** Click here to enter text.

**SSN Number:** 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    **SID Number:** SC01733763

**FBI Number:** 247307PC8    **Marshal Number:** 34534-171

**Last known address:** 404 Cypress Knees Lane
Moncks Corner, South Carolina 29461

**Last known employment and telephone:** Jumpin Jitters
404 Cypress Knees Lane
Moncks Corner, South Carolina 29461

Tidy Cleaning Services LLC.
404 Cypress Knees Lane
Moncks Corner, South Carolina 29461

**Other information:** Outstanding warrants with Goose Creek Police Department.
(history of violence, escape, in state custody, in hospital, etc.)

**Contact USPO:** George A. Anderson, Jr.
**Telephone #:** 843-579-1525